1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   AmandaS@potterhandy.com
6  Attorneys for Plaintiff

7
   Michael Heath (State Bar No. 196747)
8  Howard Olsen (State Bar No. 255888)
   Walter J. Lin (State Bar No. 327142)
9  LAW OFFICE OF MICHAEL HEATH
10 3251 Steiner Street
   San Francisco, CA 94123
11 Phone 415-931-4207 4
   Fax 415-931-4117
12 Attorney for Defendant
13 RTRN Investment, LLC

14

15                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
16

17 | SAMUEL LOVE,                          | Case No.: 3:21-cv-01278-SK

18 |     Plaintiff,                        | **JOINT STIPULATION FOR**
                                            **DISMISSAL PURSUANT TO**
19 |   v.                                  | **F.R.C.P. 41 (a)(1)(A)(ii)**

20 | RTRN INVESTMENT, LLC, a California
   | Limited Liability Company;
21
   |     Defendant,
22

23

24

25

26

27

28

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

Dated: June 23, 2021         CENTER FOR DISABILITY ACCESS

                             By: /s/ Amanda Seabock
                                 Amanda Seabock
                                 Attorneys for Plaintiff

Dated: June 23, 2021         LAW OFFICE OF MICHAEL HEATH

                             By: /s/ Michael Heath
                                 Michael Heath
                                 Attorney for Defendant
                                 RTRN Investment, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael Heath, counsel for RTRN Investment, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 23, 2021             CENTER FOR DISABILITY ACCESS

                                        By: /s/ Amanda Seabock
                                                Amanda Seabock
                                                Attorneys for Plaintiff